AUSA: Hank Moon  Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Brett Mason   Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Issac Sissel

Case No. 24-30476

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/2/2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communication of a threat. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brett Mason, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 4, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT AND AREST WARRANT

I, Brett Mason, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since July of 2017. I am currently assigned as a Special Agent to the FBI's Joint Terrorism Task Force in Detroit, Michigan. As part of my current duties, I investigate federal criminal violations relating to firearms violations, bomb threats, and threats of violence communicated over phone and through the use of the internet, including matters involving violations of 18 U.S.C. § 875(c) (Interstate Communications of a Threat) (SUBJECT OFFENSE).

2. As a result of my participation in this investigation, I submit that there is probable cause to believe that Isaac Paul SISSEL (SISSEL), date of birth xx/xx/19xx, has violated 18 U.S.C. § 875(c), making interstate threats.

3. I make this affidavit based upon my personal involvement in the investigation as well as information from other law enforcement agents and officials. This affidavit does not contain all the facts developed to date in the underlying investigation and is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.

## **PROBABLE CAUSE**

4. On September 23, 2024, Reddit voluntarily reported user "ShootUpTrumpRally" as a threat to life incident targeting Former President Donald Trump. Reddit also linked three additional user accounts through name and IP history that represented a similar threat. The users were noted as "ShootUpTrumpRally," "/WillShootTrumpSoon," "PlanningToShootTrump," and "PlanningToKillTrump." When law enforcement received this information, they used criminal process to try and identify the user. The IP addresses provided by Reddit indicated that the user was accessing the internet from the University of Michigan. Additional legal process served to Reddit regarding the user accounts yielded a T-Mobile IP address (hereinafter the "subject IP address"). Legal process to T-Mobile for the subject IP address identified phone number 231-303-7049. According to T-Mobile records provided to law enforcement on October 30, the subscriber of 231-303-7049 is Isaac SISSEL.

5. On November 2, 2024, the FBI National Threat Operations Center (NTOC) in West Virginia received an anonymous online submission threatening to shoot conservative Christians. The threat read in part:

> "I shall carry out an attack against conservative christan filth in the event trump wins the election. I have a stolen ar15 and a target I refuse to name so I can continue to get away with my plans. Without a specific victim or ability to find the place I hid the gun, there's not a thing the FBI can do until I complete the attack."

2

6. The tip went on to say that the attacker would use an AR-15, hollow point ammunition, and a chemical irritant. When asked about access to weapons on the online complaint form, the attacker said that "I already have that shit."

7. Law Enforcement identified the IP address connected to the online tip. An Emergency Disclosure Request submitted to T-Mobile identified the same phone number (231-303-7049) identified above, belonging to Isaac SISSEL, as connected to the IP address.

8. On November 4, 2024, law enforcement contacted SISSEL at his room at the Travelodge in Canton. SISSEL consented to a search of his motel room. Agents did not find any firearms, ammunition, or related equipment. This was not surprising given that SISSEL stated that he "hid the gun." SISSEL also said that he had a chemical irritant in his pocket, and started to pull out an object believed to be the chemical irritant before officers told him to stop.

9. SISSEL also stated that former President Trump was a threat, a "piece of shit" that should have been assassinated, and that everything would be better if Trump was dead. SISSEL said that he wouldn't kill Trump, but if he knew someone was going to assassinate Trump that it was his (SISSEL's) duty to not intervene. SISSEL said that he hated conservative Christians who he enjoyed threatening. SISSEL believed progressive and politically left groups were not violent enough when pushing their political views and said that he believed that

3

conservative and politically right groups were effectively using violence to advance their positions. SISSEL said that he believed that there would be violence during the election [believed by law enforcement to be referencing tomorrow's 2024 presidential election] and wouldn't rule out joining Antifa to protest.

10. SISSEL said that he often slept near a rehab clinic in Ann Arbor, and that he was angry at the individuals who attended the rehab clinic. He identified these individuals as "Christian." He said that he would frequently harass clinic patients, telling them he was selling drugs and mocking their religion. SISSEL said that there was a particular person at the clinic that he hated, and that he was "committed to violence" against this person because of their dispute.

11. SISSEL also stated that if a law enforcement officer disturbed him at night that he "would stab the officer," and that "anyone that touches me in my sleep is gonna get killed."

12. When asked about guns, SISSEL said that he had access to a firearm when he lived in Washington state, that he had acquired firearms from vehicles that he stole in the past, but that he did not own any firearms at the present time. SISSEL said that he had a knife that he kept with him when he slept at night, usually in the Ann Arbor area. SISSEL said that regularly hid his belongings in a waterproof bag near where he slept. SISSEL hid his items near his sleeping area

so that he could go through the University of Michigan campus without being identified as a transient.

13. According to law enforcement's investigation, SISSEL does not maintain a consistent residence. SISSEL had on his person both a Washington state and New York state driver's license and has no known consistent address in Michigan. SISSEL also shared plans to move to Boston in December of 2024. SISSEL said that he would be staying in the Canton/Ann Arbor area this week.

14. It is law enforcement's understanding that former President Trump will be in Michigan today, November 4, for an 11 p.m. rally (perhaps staying into November 5—election day).

15. Finally, SISSEL admitted to owning telephone number 231-303-7049, the number associated with the November 3, 2024, threat as well as the September 2024 Reddit users.

16. Based on your affiant's review, SISSEL's criminal history includes at least three open warrants and arrests for, among other things, malicious interference with emergency communications, stalking, harassment, and harassing communications.

## **CONCLUSION**

17.  Based on the foregoing, there is probable cause to believe that SISSEL violated 18 U.S.C. § 875(c) (Interstate Communication of a Threat).

Respectfully submitted,

_____
Brett Mason, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
and/or by reliable electronic means.

_____
Hon. R. Steven Whalen
United States Magistrate Judge

Date:  November 4, 2024